# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Travis Byrd            Docket No. 7:12-CR-104-1

### Petition for Action on Supervised Release

COMES NOW Robert K. Britt, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Travis Byrd, who, upon an earlier plea of guilty to Possession With Intent to Distribute Cocaine in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(c) and Possession of a Firearm by a Convicted Felon in violation of 18 U.S.C. § 922 (g)(1), was sentenced by the Honorable S. Arthur Spiegel, Senior U.S. District Judge, on January 28, 2004, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional condition: The defendant is ordered to participate in substance abuse treatment at the direction of the Probation Officer supervising his case.

Travis Byrd was released from custody on June 22, 2012, at which time the term of supervised release commenced. On August 21, 2012, the jurisdiction in this case was transferred from the Southern District of Ohio to the Eastern District of North Carolina.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On January 7, 2013, Mr. Byrd submitted a urine sample that was positive for the use of marijuana. Mr. Byrd admits this violation and states that it was an isolated incident and would not occur again. As a sanction for this violation, it is recommended that he complete 24 hours of community service and he has been referred back to substance abuse treatment at Holistic Services of Lumberton.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows: The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert K. Britt
U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: (910) 483-8613
Executed On: January 28, 2013

### ORDER OF COURT

Considered and ordered this 1st day of February, 2013, and ordered filed and made a part of the records in the above case.

James C. Fox
Senior U.S. District Judge