IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:12-CR-104-F-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER ON PROBABLE CAUSE |
| | ) | AND DETENTION |
| TRAVIS BYRD, | ) | |
| | ) | |
| Defendant. | ) | |

This matter came before this court today for purposes of Defendant's initial appearance regarding the government's motion to revoke Defendant's supervised release. [DE-5]. After the court advised Defendant of his rights, the charges in this case and maximum penalties, including Defendant's right to a preliminary examination, the government moved orally pursuant to 18 U.S.C. § 3143(a)(1), to detain Defendant pending further proceedings.

Defendant indicated to the court in writing his intention to waive the preliminary examination and detention hearing in this matter. After conducting an inquiry of Defendant and his counsel in open court, this court finds that Defendant has waived his right to a preliminary examination and detention hearing knowingly and voluntarily, and the court accepts Defendant's waiver of his right to a preliminary examination and detention hearing.

Based on the court's review of the motion to revoke supervised release and Defendant's knowing and voluntary waiver, this court finds that probable cause exists to support the government's motion to revoke Defendant's supervised release. Based on Defendant's waiver of his right to a detention hearing, there is no condition, or combination of conditions, that can be imposed which would reasonably assure Defendant's appearance and/or the safety of another person or the community. Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1). Accordingly, the

government's motion for detention is ALLOWED.

Defendant is hereby committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. Defendant shall be afforded a reasonable opportunity to consult privately with defense counsel. On order of United States Court or on request of an attorney for the government, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for a court appearance.

So ordered, this the 31st day of March 2016.

Robert B. Jones, Jr.,
United States Magistrate Judge